114

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MELVIN STECKER, DEFENDANT-APPELLANT.

*Mr. Stephen F. Lichtenstein* for the petitioner.

*Mr. Norman Heine* and *Mr. Stephen M. Gretzkowski, Jr.* for the respondent.

September 16, 1963.   Denied.

ELEANOR MATULEWICZ, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN D. BEIL, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chasin* for the petitioners.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Joseph A. Clarken, Jr.*

September 16, 1963.   Denied.